# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NICHOLAS BARNARD<br>　　　　　　　　　　Plaintiffs,<br>v.<br>COLUMBIA DEBT RECOVERY, LLC, dba GENESIS,<br>　　　　　　　　　　Defendants. | CASE NO.<br><br>NOTICE OF REMOVAL<br><br>(CLERKS ACTION REQUIRED) |

TO: THE CLERK OF THE COURT
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

Defendant, Columbia Debt Recovery, LLC, by and through its attorney, states:

1. An unfiled Summons and Complaint in the above action was served with on Defendant on May 1, 2020.

2. Pursuant to 28 U.S.C. §1446(b), this Notice of Removal is filed within thirty (30) days after service of the Summons and Complaint.

3. Plaintiffs have alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* This Court has federal question jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1331.

NOTICE OF REMOVAL - 1

Mark T. Case, WSBA #38589
P.O. BOX 30131
SPOKANE, WA 99223
Phone: (425) 890-2817
Email: markcaselaw@gmail.com

4. Pursuant to 28 U.S.C. §1331 and 28 U.S.C. §1441(c), the above captioned lawsuit may be removed to this Court. This Court is a District Court of the United Sates for the district and division embracing the place where the state court action is pending and is therefore the appropriate Court for removal pursuant to 28 U.S.C. § 1441.

5. **Intra-district Assignment:** Defendant request that the Court assign the above captioned case to its Seattle Division.  Plaintiffs are individuals believed to be residing in Seattle, Washington.  The principal place of business of Defendant Columbia Debt Recovery LLC is in Snohomish County, Washington.  The alleged claims took place in King and/or Snohomish County.  The state court where Plaintiffs commenced the above captioned case is in King County.  Venue is proper in the Seattle Division. 28 U.S.C. §1441(a)

Respectfully submitted this  29th day of May, 2020.

COLUMBIA DEBT RECOVERY, LLC

/s/ Mark T. Case
Mark T. Case, WSBA # 38589
Attorney for Columbia Debt Recovery LLC
P.O. Box 30131
Spokane, WA 99223
Telephone:  (425) 890-2817
Facsimile: (425) 646-1395
Email: markcaselaw@gmail.com

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury of the laws of the State of Washington that on the date set forth below, I caused to be served true and correct copies of the forgoing to the parties listed below:

NOTICE OF REMOVAL - 2

Mark T. Case, WSBA #38589
P.O. BOX 30131
SPOKANE, WA 99223
Phone: (425) 890-2817
Email: markcaselaw@gmail.com

| Name and Address of Party Served | Method of Service: |
|---|---|
| T. Tyler Santiago, WSBA #46004<br>Anderson Santiago<br>787 Maynard Ave. S<br>Seattle, WA.  98104<br>206-395-2665<br>Email: tyler@alkc.net<br><br>Jason Anderson, WSBA #38014<br>Anderson Santiago<br>787 Maynard Ave. S<br>Seattle, WA.  98104<br>206-395-2665<br>Email: jason@alkc.net<br><br>*Attorneys for Plaintiffs* | ☐ Personal Service<br>☐ First Class US Mail<br>☐ Certified Mail<br>☒ Electronic Mail<br>☐ Facsimile<br>☐ Legal Messenger |

  Dated in Spokane this __15_ day of ____April_____, 2020.


          /s/ Mark T. Case_____
          Mark T. Case, WSBA # 38589
          Attorney for Columbia Debt Recovery LLC

NOTICE OF REMOVAL - 3       Mark T. Case, WSBA #38589
                  P.O. BOX 30131
                  SPOKANE, WA 99223
                  Phone: (425) 890-2817
                  Email: markcaselaw@gmail.com