Mark T. Case
Columbia Debt Recovery, LLC
P.O. Box 30131
Spokane, WA 99223
Tel: (425) 890-2817
Fax: (425) 646-1390
Email: markcaselaw@gmail.com

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| NICHOLAS BARNARD<br>　　　　　　　Plaintiff,<br>　　　v.<br>COLUMBIA DEBT RECOVERY, LLC, dba GENESIS,<br>　　　　　　　Defendants. | CASE NO. 2:20-CV-00812-JCC<br><br>CORPORATE DISCLOSURE STATEMENT FOR COLUMBIA DEBT RECOVERY LLC |

　　　Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, Columbia Debt Recovery, LLC, by and through its attorney of record, hereby certifies as follows:

　　　Columbia Debt Recovery LLC is a privately-owned enterprise. It does not have a parent corporation and no publicly held company owns 10% or more the company.

　Dated:  June 12, 2020

　　　　　　　　　　　　　　　　　COLUMBIA DEBT RECOVERY, LLC

　　　　　　　　　　　　　　　　　/s/ Mark T. Case_____
　　　　　　　　　　　　　　　　　Mark T. Case, WSBA # 38589
　　　　　　　　　　　　　　　　　Attorney for Columbia Debt Recovery LLC

CDR's Corporate Disclosure　　　　　　　　　Mark T. Case, WSBA #38589
　　　　　　　　　　　　　　　　　　　　　　　P.O. BOX 30131
　　　　　　　　　　　　　　　　　　　　　　　SPOKANE, WA 99223
　　　　　　　　　　　　　　　　　　　　　　　Phone: (425) 890-2817
　　　　　　　　　　　　　　　　　　　　　　　Email: markcaselaw@gmail.com

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury of the laws of the State of Washington that on the date set forth below, I caused to be served true and correct copies of the forgoing to the parties listed below:

| Name and Address of Party Served | Method of Service: |
|---|---|
| T. Tyler Santiago, WSBA #46004<br>Anderson Santiago<br>787 Maynard Ave. S<br>Seattle, WA. 98104<br>206-395-2665<br>Email: tyler@alkc.net<br><br>Jason Anderson, WSBA #38014<br>Anderson Santiago<br>787 Maynard Ave. S<br>Seattle, WA. 98104<br>206-395-2665<br>Email: jason@alkc.net<br><br>*Attorneys for Plaintiffs* | ☐ Personal Service<br>☐ First Class US Mail<br>☐ Certified Mail<br>☒ Electronic Mail<br>☐ Facsimile<br>☐ Legal Messenger |

Dated this 12th day of June, 2020 in Spokane, Washington.

/s/ Mark T. Case_____
Mark T. Case, WSBA # 38589
Attorney for Columbia Debt Recovery LLC

| | |
|---|---|
| CDR's Corporate Disclosure | Mark T. Case, WSBA #38589<br>P.O. BOX 30131<br>SPOKANE, WA 99223<br>Phone: (425) 890-2817<br>Email: markcaselaw@gmail.com |