UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICHOLAS BARNARD,<br><br>                Plaintiff,<br><br>vs.<br><br>COLUMBIA DEBT RECOVERY, LLC dba GENESIS CREDIT MANAGEMENT, LLC<br><br>                Defendant. | CASE NO. 2:20-cv-00812-JCC<br><br>**ANSWER TO COUNTERCLAIM** |

COMES NOW Plaintiff/Counter-Defendant, Nicholas Barnard, by and through counsel, who answers Defendant/Counter-Plaintiff's counterclaim as follows:

**ANSWER TO COUNTERCLAIM**

41. Plaintiff/Counter-Defendant is without sufficient information to admit or deny this allegation, therefore denied.

42. Plaintiff/Counter-Defendant is without sufficient information to admit or deny this allegation, therefore denied.

43. Admit.

Answer to Counterclaim - 1

**ANDERSON | SANTIAGO**
787 MAYNARD AVE S
SEATTLE WA 98104
(206) 395-2665/F (206) 395-2719

1  44. Admit.

2  45. Plaintiff/Counter-Defendant admits that some of the terms outlined by Defendant/Counter-Plaintiff are accurate but denies that some of the outlined terms are in the actual written lease, therefore denied.

46. Plaintiff/Counter-Defendant admits that he breached some terms of the actual written lease, but denies he breached the non-existent terms that have been imagined by Defendant/Counter-Plaintiff, therefore denied.

47. Denied.

48. Denied.

## AFFIRMATIVE DEFENSES

1. Defendant/Counter-Plaintiff has unclean hands. Mr. Barnard attempted to communicate with Defendant/Counter-Plaintiff to make arrangements to pay any legitimate portions of the alleged debt. He asked pointed questions about the basis of the debt but was personally insulted and given non-specific answers. Mr. Barnard understands that he may owe money for at least two months of rent for leaving early and stated as much in his Complaint. The remainder of the charges, however, remain unsupported and Defendant/Counter-Plaintiff was unwilling and/or unable to provide him with information, making it impossible for Mr. Barnard to make an informed decision about how to handle the alleged debt.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays:

1. That Defendant/Counter-Plaintiff's counterclaim be dismissed, with prejudice.

2. That Plaintiff/Counter-Defendant be awarded attorney's fees pursuant to RCW 4.84.250.

Answer to Counterclaim - 2

ANDERSON | SANTIAGO
787 MAYNARD AVE S
SEATTLE WA 98104
(206) 395-2665/F (206) 395-2719

Respectfully submitted this 26th day of June, 2020.

**ANDERSON SANTIAGO, PLLC**

By: /s/ T/ Tyler Santiago
T. Tyler Santiago, WSBA No. 46004
Jason D. Anderson, WSBA No. 38014
Attorneys for Plaintiff
787 Maynard Ave. S.
Seattle, WA 98104
(206) 395-2665
(206) 395-2719 (fax)