Hon. John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICHOLAS BARNARD, | )<br>) |
| Plaintiff, | ) NO. 2:20-cv-00812-JCC<br>) |
| vs. | ) STIPULATION AND<br>) ORDER OF DISMISSAL |
| COLUMBIA DEBT RECOVERY, LLC dba<br>GENESIS CREDIT MANAGEMENT, LLC, | )<br>) NOTE ON MOTION CALENDAR<br>) |
| Defendant. | ) July 2, 2020<br>) |

## STIPULATION

The parties, by and through undersigned counsel, hereby stipulate that Plaintiff's claims be dismissed **with** prejudice and without an award of fees or costs to any party.  Additionally, the parties stipulate that Defendant's counterclaim be dismissed **without** prejudice and without fees or costs to any party.

DATED July 2, 2020.

| | |
|---|---|
| Mark Case | Anderson Santiago PLLC |
| Attorney for Defendant | Attorneys for Plaintiff |
| | |
| By /s/ Mark Case | By /s/ T. Tyler Santiago |
| Mark Case, WSBA #38589 | T. Tyler Santiago, WSBA #46004 |

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE (2:20-cv-00812-JCC) — 1

Anderson | Santiago
787 Maynard Avenue South
Seattle, WA 98104
(206) 395-2665

**ORDER**

This matter having come on for consideration on the foregoing Stipulation of the parties, the Court orders as follows:

ORDERED, ADJUDGED and DECREED that Plaintiff's claims are dismissed **with** prejudice and without an award of fees or costs to any party, and Defendant's counterclaim is dismissed **without** prejudice and without an award of fees or costs to any party.

IT IS SO ORDERED.

DATED this _____ day of _____, 2020.

_____
John C. Coughenour
United States District Court Judge

Jointly presented by:

Anderson Santiago PLLC
Attorney for Plaintiff

By /s/ T. Tyler Santiago
T. Tyler Santiago, WSBA #46004
787 Maynard Ave. S.
Seattle, Washington 98104
Telephone: (206) 395-2665

Mark Case
Attorney for Defendant

By s/ Mark Case
Mark Case, WSBA #38589
PO BOX 30131
Spokane, WA 99223
Telephone:  (425) 890-2817

<u>Certificate of Service</u>

I hereby certify that on July 2, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| T. Tyler Santiago | tyler@alkc.net |
| Jason D. Anderson | jason@alkc.net |
| Mark Case | markcaselaw@gmail.com |

I certify under penalty of perjury that the foregoing is true and correct.

Executed at Seattle, Washington July 2, 2020.

      /s/ T. Tyler Santiago
      T. Tyler Santiago