THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICHOLAS BARNARD, | CASE NO. C20-0812-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| COLUMBIA DEBT RECOVERY, LLC dba GENESIS CREDIT MANAGEMENT, LLC, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation and proposed order of dismissal (Dkt. No. 8). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing. Plaintiff's claims are DISMISSED with prejudice and Defendant's counterclaim is DISMISSED without prejudice, without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

DATED this 2nd day of July 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C20-0812-JCC
PAGE - 1